## IN THE COURT OF COMMON PLEAS
## LUCAS COUNTY, OHIO

| | |
|---|---|
| CLAUDIA Y. VERCELLOTTI, | ) Case No. G-4801-CI-0202003664-000 |
| Plaintiff, | ) Hon. Gary G. Cook |
| vs. | ) **NOTICE OF FILING NOTICE** |
| LIFEWORKS TECHNOLOGIS, et al., | ) **OF REMOVAL** |
| Defendants. | ) James P. Silk, Jr. (0062463) |
| | ) SPENGLER NATHANSON P.L.L. |
| | ) 900 Adams Street |
| | ) Toledo, Ohio 43604 |
| | ) Telephone: (419) 241-2201 |
| | ) Facsimile: (419) 241-8599 |
| | ) jsilk@snlaw.com |
| | ) *Counsel for Defendants* |

Defendants Lifeworks Technology Group, LLC, Meijers, Inc., Meijer, Inc., Meijer Stores, Meijer Group, Inc., and Meijer Distributions, Inc. ("Defendants") hereby notify the Court that they have removed this case to federal court. The federal court has jurisdiction over this matter based upon diversity jurisdiction. A file-stamped copy of the Notice of Removal is attached.

Respectfully submitted,

*/s/ James P. Silk, Jr.*
James P. Silk, Jr. (0062463)
SPENGLER NATHANSON P.L.L.



EXHIBIT
C

900 Adams Street
Toledo, Ohio 43604
Telephone: (419) 241-8599
Facsimile: (419) 241-8599
jsilk@snlaw.com
*Counsel for Defendant Lifeworks Technology Group, LLC*

/s/ *W. Charles Curley*
W. Charles Curley (0007447)
WESTON HURD LLP
10 W. Broad Street, Suite 2400
Columbus, Ohio 43215-3469
Telephone: (614) 280-0200
Facsimile: (614) 280-0204
wcurley@westonhurd.com
*Counsel for Defendants Meijers, Inc., Meijer, Inc., Meijer Stores, Meijer Group, Inc., and Meijer Distributions, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served this 4th day of January, 2021, by ordinary U.S. mail, postage prepaid, upon: **Linda N. Mansour** (lindamansour@gmail.com), LINDA MANSOUR CO., LPA, 2909 W. Central Avenue, Suite 200, Toledo, OH 43606-3017.

/s/ *James P. Silk, Jr.*
James P. Silk, Jr.
*Counsel for Defendant Lifeworks Technology Group, LLC*

515684